**SUBT**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMIE KAMARA,<br><br>　　　　　Defendant. | CASE NO:  2:22-CR-00192-CDS-BNW |

**SUBSTITUTION OF ATTORNEY**

I, AMIE KAMARA, do hereby appoint and accept the appointment of ROBERT M. DRASKOVICH, as attorney of record in the place and stead of the Federal Public Defender.

DATED this 13 day of March, 2023.

_____
AMIE KAMARA

I, ROBERT M. DRASKOVICH, do hereby accept the substitution of attorney regarding AMIE KAMARA.

DATED this 13 day of March, 2023.

THE DRASKOVICH LAW GROUP

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

1

I hereby consent to the foregoing substitution, and hereby release all pleadings and papers I have for AMIE KAMARA.

DATED this __15__ day of March, 2023.

_____
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, Nevada 89101

### ORDER

**IT IS SO ORDERED**

**DATED:** 4:07 pm, March 19, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2