# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>        v.<br><br>AMIE KAMARA,<br><br>        Defendant | 2:22-CR-00192-CDS-BNW<br><br>**Preliminary Order of Forfeiture** |

This Court finds Amie Kamara pled guilty to Count Two of a Two-Count Criminal Indictment charging her with trafficking in counterfeit goods in violation of 18 U.S.C § 2320(a)(1). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Amie Kamara agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which Amie Kamara pled guilty.

The following property is (1) any article, the making or trafficking of which is prohibited under 18 U.S.C. § 2320(a)(1) and (2) any article, the making or trafficking of which is prohibited under 18 U.S.C. § 2320(a)(1) and is subject to forfeiture under 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c) and 18 U.S.C. § 2323(b)(1):

any and all counterfeit designer goods including, but not limited to, the following:

1. 24 counterfeit Adidas t-shirts;
2. 3 counterfeit Burberry backpacks;
3. 3 pairs counterfeit Burberry earrings;
4. 2 counterfeit Burberry hats;
5. 3 counterfeit Burberry headbands;
6. 5 counterfeit Burberry handbags;
7. 3 counterfeit Burberry necklaces;
8. 4 pairs counterfeit Burberry shoes;
9. 3 counterfeit Burberry wallets;
10. 17 counterfeit Burberry sunglasses;
11. 11 counterfeit Burberry t-shirts;
12. 2 counterfeit Burberry watches;
13. 1 counterfeit Chanel blanket set;
14. 15 counterfeit Chanel bracelets;
15. 7 counterfeit Chanel broaches;
16. 17 counterfeit Chanel cellphone cases;
17. 72 pairs counterfeit Chanel earrings;
18. 37 counterfeit Chanel hair clips;
19. 19 counterfeit Chanel handbags;
20. 40 counterfeit Chanel headbands;
21. 4 counterfeit Chanel keychains;
22. 3 counterfeit Chanel necklaces;
23. 69 counterfeit Chanel shirts;
24. 20 pairs counterfeit Chanel shoes;
25. 16 counterfeit Chanel sunglasses;
26. 7 counterfeit Chanel wallets;
27. 4 counterfeit Chanel watches;
28. 6 counterfeit Christian Dior backpacks;

29. 24 counterfeit Christian Dior belts;
30. 1 counterfeit Christian Dior bracelet;
31. 11 counterfeit Christian Dior broaches;
32. 8 pairs counterfeit Christian Dior earrings;
33. 5 counterfeit Christian Dior handbags;
34. 3 counterfeit Christian Dior necklaces;
35. 8 counterfeit Christian Dior shirts;
36. 4 pairs counterfeit Christian Dior shoes;
37. 12 counterfeit Christian Dior sunglasses;
38. 9 counterfeit Christian Dior wallets;
39. 2 counterfeit Fendi backpacks;
40. 31 counterfeit Fendi belts;
41. 1 counterfeit Fendi broach;
42. 18 counterfeit Fendi cellphone cases;
43. 39 counterfeit Fendi handbags;
44. 8 counterfeit Fendi hats;
45. 266 counterfeit Fendi headbands;
46. 70 counterfeit Fendi pants;
47. 69 counterfeit Fendi shirts;
48. 95 pairs counterfeit Fendi shoes;
49. 9 counterfeit Fendi sunglasses;
50. 37 counterfeit Fendi wallets;
51. 2 counterfeit Givenchy sunglasses;
52. 6 counterfeit Gucci backpacks;
53. 156 counterfeit Gucci belts;
54. 42 counterfeit Gucci bracelets;
55. 15 counterfeit Gucci broaches;
56. 25 counterfeit Gucci cellphone cases;

57. 12 counterfeit Gucci duffle bags;
58. 32 pairs counterfeit Gucci earrings;
59. 16 counterfeit Gucci hair clips;
60. 59 counterfeit Gucci handbags;
61. 1 counterfeit Gucci hat;
62. 153 counterfeit Gucci headbands;
63. 20 counterfeit Gucci keychains;
64. 9 counterfeit Gucci necklaces;
65. 85 counterfeit Gucci pants;
66. 7 counterfeit Gucci scarves;
67. 94 counterfeit Gucci shirts;
68. 135 pairs counterfeit Gucci shoes;
69. 60 counterfeit Gucci sunglasses;
70. 34 counterfeit Gucci wallets;
71. 5 counterfeit Gucci watches;
72. 15 counterfeit Hermes belts;
73. 3 counterfeit Hermes bracelets;
74. 4 pairs counterfeit Hermes earrings;
75. 5 counterfeit Hermes necklaces;
76. 7 pairs counterfeit Hermes shoes;
77. 2 counterfeit Hermes watches;
78. 2 counterfeit Lacoste sunglasses;
79. 4 counterfeit Luis Vuitton backpacks;
80. 49 counterfeit Luis Vuitton belts;
81. 6 counterfeit Luis Vuitton blanket sets;
82. 26 counterfeit Luis Vuitton bracelets;
83. 16 counterfeit Luis Vuitton broaches;
84. 20 counterfeit Luis Vuitton cellphone cases;

85. 18 counterfeit Luis Vuitton curtains;
86. 12 counterfeit Luis Vuitton duffle bags;
87. 62 pairs counterfeit Luis Vuitton earrings;
88. 13 counterfeit Luis Vuitton hair clips;
89. 62 counterfeit Luis Vuitton handbags;
90. 60 counterfeit Luis Vuitton headbands;
91. 8 counterfeit Luis Vuitton keychains;
92. 3 counterfeit Luis Vuitton necklaces;
93. 98 counterfeit Luis Vuitton shirts;
94. 106 pairs counterfeit Luis Vuitton shoes;
95. 45 counterfeit Luis Vuitton sunglasses;
96. 43 counterfeit Luis Vuitton wallets;
97. 3 counterfeit Luis Vuitton watches;
98. 2 counterfeit MCM backpacks;
99. 2 counterfeit MCM belts;
100. 19 counterfeit MCM duffle bags;
101. 2 counterfeit MCM hats;
102. 5 counterfeit MCM keychains;
103. 6 counterfeit MCM wallets;
104. 4 counterfeit Michael Kors broaches;
105. 1 counterfeit Michael Kors cellphone case;
106. 5 pairs counterfeit Michael Kors earrings;
107. 2 counterfeit Michael Kors necklaces;
108. 10 counterfeit Michael Kors wallets;
109. 2 counterfeit Michael Kors watches;
110. 5 counterfeit Prada headbands;
111. 2 pairs counterfeit Prada shoes;
112. 7 counterfeit Prada sunglasses;

      113. 3 counterfeit Prada wallets;

      114. 3 counterfeit Rolex watches;

      115. 13 pairs counterfeit Tory Burch earrings;

      116. 4 counterfeit Tory Burch handbags;

      117. 53 counterfeit Versace belts;

      118. 1 counterfeit Versace blanket set;

      119. 9 counterfeit Versace bracelets;

      120. 5 counterfeit Versace cellphone cases;

      121. 3 pairs counterfeit Versace earrings;

      122. 32 counterfeit Versace handbags;

      123. 3 counterfeit Versace hats;

      124. 4 counterfeit Versace headbands;

      125. 7 counterfeit Versace necklaces;

      126. 33 counterfeit Versace shirts;

      127. 118 pairs counterfeit Versace shoes;

      128. 71 counterfeit Versace sunglasses; and

      129. 6 counterfeit Versace watches

(all of which constitutes property).

    This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

    This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Amie Kamara in the

/ / /

aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G4(b)(i) and (iv).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

/ / /

Daniel D. Hollingsworth
Assistant United States Attorney
Misty L. Dante
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: September 20, 2023

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE