**MOT**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Tel: (702) 474-4222
Fax: (702) 474-1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMIE KAMARA,<br><br>Defendant. | Case No. 2:22-cr-00192-CDS-BNW-1<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE** |

COMES NOW, Defendant AMIE KAMARA, by and through her attorney, ROBERT M. DRASKOVICH, ESQ., and respectfully moves this Honorable Court for an Order modifying Defendant's conditions of release.

The instant Motion is offered in addition to any evidence and/or argument adduced at a hearing on this matter. It is also based upon the attached Points and Authorities.

DATED this 26th day of September, 2023.

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant

-1-

**POINTS AND AUTHORITIES**

Defendant Amie Kamara is respectfully requesting that this Court modify Conditions 17 and 20 of her personal recognizance bond to allow for limited travel.

Condition 17: The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer;

Condition 20: The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to the …Continental U.S.A.

Ms. Kamara is requesting permission to travel to Thailand, Malaysia, Indonesia, and China from December 15, 2023 through January 9, 2024 for the holidays. Ms. Kamara has previously been authorized to travel out of the country with no issues. Counsel has reached out to the Government and they will defer to the Court on this matter.

**CONCLUSION**

The Defendant respectfully prays that her Motion be granted.

DATED this 26th day of September, 2023.

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant

Good cause being found, and considering the Government's lack of opposition, the Court GRANTS Defendant's Motion to Modify Conditions of Release. Travel outside the United States will be allowed as followed: permission is granted to travel to Thailand, Malaysia, Indonesia, and China from December 15, 2023 through January 9, 2024. Pre-trial services may allow access to Plaintiff's passport/passport card. Plaintiff must surrender it immediately upon return to the United States to the Pre-trial Services office or her supervising officer.

**IT IS SO ORDERED**

**DATED:** 12:41 pm, September 29, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-2-