```
              FILED              RECEIVED
              ENTERED            SERVED ON
                          COUNSEL/PARTIES OF RECORD

                          JAN 29 2024

                          CLERK US DISTRICT COURT
                            DISTRICT OF NEVADA
                                              DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-192-CDS-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| AMIE KAMARA, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 2323(b)(1) based upon the plea of guilty by Amie Kamara to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Amie Kamara pled guilty. Criminal Indictment, ECF No. 1; Preliminary Order of Forfeiture, ECF No. 45; Change of Plea, ECF No. 46; Plea Agreement, ECF No. 47.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 26, 2023, through October 25, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 54-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(b)(1); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

any and all counterfeit designer goods including, but not limited to, the following:

1. 24 counterfeit Adidas t-shirts;
2. 3 counterfeit Burberry backpacks;
3. 3 pairs counterfeit Burberry earrings;
4. 2 counterfeit Burberry hats;
5. 3 counterfeit Burberry headbands;
6. 5 counterfeit Burberry handbags;
7. 3 counterfeit Burberry necklaces;
8. 4 pairs counterfeit Burberry shoes;
9. 3 counterfeit Burberry wallets;
10. 17 counterfeit Burberry sunglasses;
11. 11 counterfeit Burberry t-shirts;
12. 2 counterfeit Burberry watches;
13. 1 counterfeit Chanel blanket set;
14. 15 counterfeit Chanel bracelets;
15. 7 counterfeit Chanel broaches;
16. 17 counterfeit Chanel cellphone cases;
17. 72 pairs counterfeit Chanel earrings;
18. 37 counterfeit Chanel hair clips;
19. 19 counterfeit Chanel handbags;

20. 40 counterfeit Chanel headbands;
21. 4 counterfeit Chanel keychains;
22. 3 counterfeit Chanel necklaces;
23. 69 counterfeit Chanel shirts;
24. 20 pairs counterfeit Chanel shoes;
25. 16 counterfeit Chanel sunglasses;
26. 7 counterfeit Chanel wallets;
27. 4 counterfeit Chanel watches;
28. 6 counterfeit Christian Dior backpacks;
29. 24 counterfeit Christian Dior belts;
30. 1 counterfeit Christian Dior bracelet;
31. 11 counterfeit Christian Dior broaches;
32. 8 pairs counterfeit Christian Dior earrings;
33. 5 counterfeit Christian Dior handbags;
34. 3 counterfeit Christian Dior necklaces;
35. 8 counterfeit Christian Dior shirts;
36. 4 pairs counterfeit Christian Dior shoes;
37. 12 counterfeit Christian Dior sunglasses;
38. 9 counterfeit Christian Dior wallets;
39. 2 counterfeit Fendi backpacks;
40. 31 counterfeit Fendi belts;
41. 1 counterfeit Fendi broach;
42. 18 counterfeit Fendi cellphone cases;
43. 39 counterfeit Fendi handbags;
44. 8 counterfeit Fendi hats;
45. 266 counterfeit Fendi headbands;
46. 70 counterfeit Fendi pants;
47. 69 counterfeit Fendi shirts;

48. 95 pairs counterfeit Fendi shoes;
49. 9 counterfeit Fendi sunglasses;
50. 37 counterfeit Fendi wallets;
51. 2 counterfeit Givenchy sunglasses;
52. 6 counterfeit Gucci backpacks;
53. 156 counterfeit Gucci belts;
54. 42 counterfeit Gucci bracelets;
55. 15 counterfeit Gucci broaches;
56. 25 counterfeit Gucci cellphone cases;
57. 12 counterfeit Gucci duffle bags;
58. 32 pairs counterfeit Gucci earrings;
59. 16 counterfeit Gucci hair clips;
60. 59 counterfeit Gucci handbags;
61. 1 counterfeit Gucci hat;
62. 153 counterfeit Gucci headbands;
63. 20 counterfeit Gucci keychains;
64. 9 counterfeit Gucci necklaces;
65. 85 counterfeit Gucci pants;
66. 7 counterfeit Gucci scarves;
67. 94 counterfeit Gucci shirts;
68. 135 pairs counterfeit Gucci shoes;
69. 60 counterfeit Gucci sunglasses;
70. 34 counterfeit Gucci wallets;
71. 5 counterfeit Gucci watches;
72. 15 counterfeit Hermes belts;
73. 3 counterfeit Hermes bracelets;
74. 4 pairs counterfeit Hermes earrings;
75. 5 counterfeit Hermes necklaces;

76. 7 pairs counterfeit Hermes shoes;
77. 2 counterfeit Hermes watches;
78. 2 counterfeit Lacoste sunglasses;
79. 4 counterfeit Luis Vuitton backpacks;
80. 49 counterfeit Luis Vuitton belts;
81. 6 counterfeit Luis Vuitton blanket sets;
82. 26 counterfeit Luis Vuitton bracelets;
83. 16 counterfeit Luis Vuitton broaches;
84. 20 counterfeit Luis Vuitton cellphone cases;
85. 18 counterfeit Luis Vuitton curtains;
86. 12 counterfeit Luis Vuitton duffle bags;
87. 62 pairs counterfeit Luis Vuitton earrings;
88. 13 counterfeit Luis Vuitton hair clips;
89. 62 counterfeit Luis Vuitton handbags;
90. 60 counterfeit Luis Vuitton headbands;
91. 8 counterfeit Luis Vuitton keychains;
92. 3 counterfeit Luis Vuitton necklaces;
93. 98 counterfeit Luis Vuitton shirts;
94. 106 pairs counterfeit Luis Vuitton shoes;
95. 45 counterfeit Luis Vuitton sunglasses;
96. 43 counterfeit Luis Vuitton wallets;
97. 3 counterfeit Luis Vuitton watches;
98. 2 counterfeit MCM backpacks;
99. 2 counterfeit MCM belts;
100. 19 counterfeit MCM duffle bags;
101. 2 counterfeit MCM hats;
102. 5 counterfeit MCM keychains;
103. 6 counterfeit MCM wallets;

104. 4 counterfeit Michael Kors broaches;

105. 1 counterfeit Michael Kors cellphone case;

106. 5 pairs counterfeit Michael Kors earrings;

107. 2 counterfeit Michael Kors necklaces;

108. 10 counterfeit Michael Kors wallets;

109. 2 counterfeit Michael Kors watches;

110. 5 counterfeit Prada headbands;

111. 2 pairs counterfeit Prada shoes;

112. 7 counterfeit Prada sunglasses;

113. 3 counterfeit Prada wallets;

114. 3 counterfeit Rolex watches;

115. 13 pairs counterfeit Tory Burch earrings;

116. 4 counterfeit Tory Burch handbags;

117. 53 counterfeit Versace belts;

118. 1 counterfeit Versace blanket set;

119. 9 counterfeit Versace bracelets;

120. 5 counterfeit Versace cellphone cases;

121. 3 pairs counterfeit Versace earrings;

122. 32 counterfeit Versace handbags;

123. 3 counterfeit Versace hats;

124. 4 counterfeit Versace headbands;

125. 7 counterfeit Versace necklaces;

126. 33 counterfeit Versace shirts;

127. 118 pairs counterfeit Versace shoes;

128. 71 counterfeit Versace sunglasses; and

129. 6 counterfeit Versace watches

(all of which constitutes property).

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Amie Kamara and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _January 26_, 2024.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE