ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>AMIE KAMARA,<br><br>　　　　　Defendant | CASE NO.: 2:22-cr-00192-CDS-BNW<br><br>**STIPULATION AND ORDER TO ALLOW TRAVRL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant AMIE KAMARA, and EDWARD G. VERONDA, Assistant United States Attorney, counsel for Plaintiff, that Defendant is authorized to travel to Liberia West Africa to attend her stepmother's funeral from June 26, 2024 through July 17, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant must notify U.S. PROBATION Pretrial Services prior to traveling **as set forth in this order**.

DATED this 20ᵗʰ day of May, 2024.

/s/ Robert M. Draskovich

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Attorney for Defendant

/s/ Edward G. Veronda

_____
EDWARD G. VERONDA, ESQ.
Assistant United States Attorney
501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101
Attorney for Plaintiff

1

## <u>ORDER</u>

2

Upon stipulation of counsel and good cause appearing therefor,

3

**IT IS HEREBY ORDERED** that Defendant is authorized to travel to Liberia

4

West Africa to attend her stepmother's funeral from June 26, 2024 through July 17, 2024.

5

**IT IS FURTHER ORDERED** that Defendant must **provide** U.S.

PROBATION

6

~~Pretrial Services~~ **a copy of her itinerary with departure and return information at least**

7

**one week before her trip, and must contact U.S. Probation within 24 hours of her return.**

8

Dated: May 28, 2024

9

_____
Hon. Cristina D. Silva
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24