ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>AMIE KAMARA,<br><br>　　　　　　　Defendant | CASE NO.: 2:22-cr-00192-CDS-BNW<br><br>**STIPULATION AND ORDER<br>TO PERMIT TRAVEL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant AMIE KAMARA, and EDWARD G. VERONDA, Assistant United States Attorney, counsel for Plaintiff, that Defendant is authorized to travel to China to attend to her late stepmother's business from August 20, 2024 through September 18, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant must notify U.S. ~~Pretrial Services~~ prior to traveling.

DATED this 31st day of July, 2024.

/s/ Robert M. Draskovich
_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Attorney for Defendant

/s/ Edward G. Veronda
_____
EDWARD G. VERONDA, ESQ.
Assistant United States Attorney
501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101
Attorney for Plaintiff

**ORDER**

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that defendant Amie Kamara is authorized to travel to China to attend to her late stepmother's business from August 20, 2024 through September 18, 2024.

**IT IS FURTHER ORDERED** that Kamara must provide U.S. PROBATION a copy of her itinerary with departure and return information at least one week prior to traveling, and must contact U.S. Probation within 24-hours of her return to the United States.

Dated: August 5, 2024

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant